## *UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
*NORFOLK DIVISION*

### Wednesday, January 10, 2018

**MINUTES OF PROCEEDINGS** IN     Open Court
**PRESENT**: THE HONORABLE     Robert G. Doumar, Senior United States District Judge
Courtroom Deputy: Lori Baxter
Law Clerk:     Erin Topp                                                    Reporter:    Carol Naughton, OCR

| Set:   11:30 a.m. | Started:   11:30 a.m. | Ended:   12:01 p.m. |
|---|---|---|
| Case No.    2:16cr124 | | |
| | | |
| UNITED STATES OF AMERICA<br><br>           v.<br><br>ROGER ODELL HUDSPETH, II | | |
| | | |
| Appearances:   AUSAs Melissa O'Boyle and Beth Yusi.    Jeffrey Swartz, Retained.    Defendant appeared on bond. | | |
| | | |
| Hearing held re [13] Motion to Continue Sentencing – unopposed.     Arguments of counsel heard.   Comments of Court.    The Court GRANTED the motion to continue and reset the Sentencing in this case for Monday, May 21, 2018 at 10:00 a.m.    The Court continued the defendant on bond. | | |