**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

**UNITED STATES OF AMERICA,**

   v.                                                               Case No. 2:17cr00122

**ROGER ODELL HUDSPETH, II**

      **Defendant.**

**DEFENDANT'S AMENDED MOTION
TO CONTINUE SENTENCING HEARING**

COMES NOW the defendant, Roger Odell Hudspeth, II, by counsel, and moves this Honorable Court to continue the sentencing hearing currently set for May 21, 2018. As grounds for this motion the Defendant avers that:

1. On January 11, 2018 the Court granted the Defendant's first motion to continue the Sentencing Hearing from January 22, 2018.  ECF No. 16.

2. The Court found, at that time, that it was in the interest of justice to continue the Defendant's sentencing until after the trial of a related case, *United States v. Bank, et. al.*, No. 2:17cr126 (E.D. Va.)  (Davis, J.), so that the Court would be "better informed about the nature of Defendant's offense and the extent of participation of all individuals involved."

3. Subsequently, the Bank Trial was continued from April 24, 2018, to September 18, 2018, reflecting the complex nature of these related cases.

The Defendant respectfully submits that continuing this matter until after that related case has been tried will indeed promote the efficient administration of the judicial business of the district and serve the interests of justice. Whether to grant motion to continue is within the discretion of the Court. *Morris v. Slappy*, 461 U.S. 1, 11-12 (1983); *U. S. v. Williams*, 445 F.3d 724 (4th Cir.) cert. denied 549 U.S. 933 (2006).

Wherefore, Mr. Hudspeth prays that this motion be granted and that this matter be continued.

Respectfully submitted,

ROGER ODELL HUDSPETH, II

By: _____/s/_____

Jeffrey A. Swartz, Esquire
Virginia State Bar ID No. 28143
Attorney for Defendant, Roger Odell Hudspeth, II
Swartz, Taliaferro, Swartz & Goodove
220 West Freemason Street
Norfolk, Virginia 23510
(757) 275-5000 Telephone
(757) 626-1003 Facsimile
Email: JSwartz@stsg-law.com

CERTIFICATE OF SERVICE

I certify that on the 3rd day of May, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to:

Melissa O'Boyle, Esquire
Assistant United States Attorney
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number:  757-441-3555
Facsimile Number:  757-441-3205
Melissa.OBoyle@usdoj.gov

                                                        _____/s/_____
                                                  Jeffrey A. Swartz, Esquire
                                                  Virginia State Bar ID No. 28143
                                                  For Defendant, Roger Odell Hudspeth, II
                                                  Swartz, Taliaferro, Swartz & Goodove
                                                  220 West Freemason Street
                                                  Norfolk, Virginia 23510
                                                  (757) 275-5000 Telephone
                                                  (757) 626-1003 Facsimile
                                                  Email: JSwartz@stsg-law.com